AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

BAD GREMLIN LLC, et al.,

*Plaintiff(s)*

v.  Civil Action No. 1:22-cv-11000

SEAN GRUSD

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEAN GRUSD
900 West Washington Street, Unit 901
Chicago, IL 60607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William E. Vita
Shook, Hardy & Bacon L.L.P.
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
(212) 989-8844
wvita@shb.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/03/2023     /S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SEAN GRUSD

was received by me on *(date)* 01/17/2023 .

☑ I personally served the summons on the individual at *(place)* 55 Scollard St., Unit 1505, Toronto, Ontario Canada, M5R 0A1   on *(date)* 01/17/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/19/2023

*Server's signature*

Norman Groot, Principal Lawyer, Investigation Counsel PC
*Printed name and title*

1100-350 Bay Street
Toronto, Ontario, Canada
M5H 2S6
*Server's address*

Additional information regarding attempted service, etc: