UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAD GREMLIN LLC, REMORA VENTURES LLC, PATRICK BUCK, THOMAS BUCK, NANCY BEAUMONT, NOVEMBER ACQUISITIONS SPV LLC and DECEMBER ACQUISITIONS SPV LLC,

Plaintiffs,

-against-

SEAN GRUSD and JARED GRUSD,

Defendants.

Case No. 1:22-cv-11000

**AFFIDAVIT OF JARED GRUSD**

STATE OF California )
                    ) ss:
COUNTY OF los Angeles )

Jared Grusd, being duly sworn, deposes and says as follows under the penalties of perjury:

1. I have never provided any capital to Sean Grusd ("Sean") to be used in any of his business dealings.

2. I am not, and have never been, business partners with Sean in any of his business dealings.

3. I am not and have never held myself out to be affiliated in any way with any of the entities referenced in the Amended Complaint, including Dylan Ventures Group LLC ("Dylan

1

Ventures"), 10014-1 LLC; November Acquisitions SPV LLC ("November Acquisitions"), and December Acquisitions SPV LLC ("December Acquisitions").

4. I am not, and I have never been a principal of any of the entities referenced in the Amended Complaint, including Dylan Ventures, 10014-1 LLC, November Acquisitions, and December Acquisitions.

5. I have never executed, or, to my knowledge, been asked to execute any agreements relating to any of the entities referenced in the Amended Complaint, including Dylan Ventures, 10014-1 LLC, November Acquisitions, and December Acquisitions.

6. I have never been an investor or promised to anyone that I would be an investor, in any of the entities referenced in the Amended Complaint, including Dylan Ventures, 10014-1 LLC, November Acquisitions, and December Acquisitions.

7. I have never directed or assisted anyone in directing any business or investment decisions made by the entities referenced in the Amended Complaint, including Dylan Ventures, 10014-1 LLC, November Acquisitions, and December Acquisitions.

8. I never discussed operating or managing, or agreed to operate or manage, any of the entities referenced in the Amended Complaint, including Dylan Ventures, 10014-1 LLC, November Acquisitions, and December Acquisitions.

9. I never authorized anyone to represent that I was an investor or principal in the entities referenced in the Amended Complaint, including Dylan Ventures, 10014-1 LLC, November Acquisitions, and December Acquisitions.

10. I never authorized anyone to use my name or professional credentials with knowledge that they would be used to promote any of the investment offerings offered by any entity referenced in the Amended Complaint, including Dylan Ventures, 10014-1 LLC, November Acquisitions, and December Acquisitions.

11. I have not received any money or distributions of any kind from any of the business dealings or entities in the Amended Complaint, including Dylan Ventures, 10014-1 LLC, November Acquisitions, and December Acquisitions. I have not received any money or distributions from Sean in relation to his business dealings. Neither my immediate family or I (or any business or trust as to which we are beneficiaries) have received any money from Sean other than infrequent de minimus family-related gifts, such as $360 for a family religious event.

12. To the best of my knowledge, I have never met or communicated with any of the plaintiffs referenced in the Amended Complaint. The plaintiffs have never contacted me regarding the business activities or entities referenced in the Amended Complaint, to conduct due diligence on me, or otherwise.

13. To the best of my knowledge, I am not in possession of any documents regarding the issues referenced in the Amended Complaint from the period prior to January 10, 2023, when the Amended Complaint was filed. All non-privileged documents regarding the issues referenced in the Amended Complaint have been produced to Plaintiffs' counsel.

14. To the best of my knowledge, I am not in possession of any communications regarding the issues referenced in the Amended Complaint from the period prior to January 10, 2023, when the Amended Complaint was filed. All non-privileged communications regarding the issues referenced in the Amended Complaint have been produced to Plaintiffs' counsel.

_____
Jared Grusd

Sworn to before me this

23 rd day of January 2023

_____
Notary Public

please see the attached.


ELAHEH PARVANEH
Notary Public - California
Los Angeles County
Commission # 2388555
My Comm. Expires Dec 29, 2025

4

Case 1:22-cv-11000-RA-OTW Document 17-1 Filed 01/23/23 Page 5 of 5

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __los Angeles__

Subscribed and sworn to (or affirmed) before me on this __23__ day of __January__, 20__23__ by __Jared Earl Grusd__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)



ELAHEH PARVANEH
Notary Public - California
Los Angeles County
Commission # 2388555
My Comm. Expires Dec 29, 2025

---

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

_____
Additional information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information Is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865