UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAD GREMLIN LLC, et al.,

                Plaintiffs,

            v.

SEAN GRUSD,

                Defendant.

No. 22-CV-11000 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pending before the Court is Plaintiffs' motion for a preliminary injunction, temporary restraining order, and expedited discovery. A telephonic scheduling conference is hereby scheduled for Thursday, January 26, 2023 at 5:30 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Dated:    January 23, 2023
             New York, New York

                                                            Hon. Ronnie Abrams
                                                             United States District Judge