UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAD GREMLIN, LLC et al., <br><br> Plaintiff, <br><br> -against- <br><br> SEAN GRUSD, <br><br> Defendant. | Case No. 1:22-cv-11000-RA-OTW <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney, admitted to the practice of law before the Courts of the State of New York and this District, and a registered attorney in the CM/ECF system of the Southern District of New York, hereby enters an appearance on behalf of the defendant SEAN GRUSD.

Dated: New York, New York
       May 13, 2024

**NIXON PEABODY LLP**

By: /s/ *Timothy D. Sini*
    Timothy D. Sini, Esq.
Tower 46, 55 West 46th Street
New York, NY 10036-4120
(212) 940-3796
tsini@nixonpeabody.com

*Attorney for Defendant Sean Grusd*