USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAD GREMLIN LLC *et al.*,

                Plaintiffs,

        v.

SEAN GRUSD *et al.*,

                Defendants.

No. 22-CV-11000 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 26, 2024, the Court ordered Defendant Sean Grusd to inform the Court by October 3, 2024 whether he consented to Plaintiff Patrick Buck's motion to voluntarily dismiss the case under Rule 41(a)(1)(A)(ii). Doc. No. 94. To date, Grusd has still not responded to the Court's order. Counsel for Mr. Grusd shall respond no later than November 1, 2024 indicating whether Mr. Grusd stipulates to voluntary dismissal of this case. If Counsel fails to do so, the Court may impose sanctions under Federal Rule of Civil Procedure 16(f).

SO ORDERED.

Dated:    October 21, 2024
            New York, New York

_____
Ronnie Abrams
United States District Judge