UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAD GREMLIN LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SEAN GRUSD *et al.*, <br><br> Defendants. | No. 22-CV-11000 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On October 31, 2024, Defendant Sean Grusd informed the Court that he consented to Plaintiff Patrick Buck's motion to voluntarily dismiss this case under Federal Rule of Civil Procedure 41(a)(1). *See* Dkt. 98, 101. No later than November 13, 2024, Grusd and Buck shall sign and file a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) (requiring that a stipulation to dismiss be "signed by all parties"). Absent objection, the Court will then deny the pending motions to withdraw as moot and close the case. *See* Dkt. 73, 77.

SO ORDERED.

Dated:   November 4, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge